IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE ARTERS T/A GREENDALE BUILDERS<br><br>Plaintiff(s),<br>v.<br><br>ZURICH AMERICAN INSURANCE CO. t/a, ZURICH NORTH AMERICA as successor in Interest to ASSURANCE CO. OF AMERICA<br><br>and<br><br>ASSURANCE CO. OF AMERICA<br><br>Defendant(s). | CIVIL ACTION – LAW<br><br>NO. 02-CV-4388<br><br>JURY OF TWELVE (12) DEMANDED |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter our appearances on behalf of defendants, Zurich American Insurance Co. t/a, Zurich North America as successor in Interest to Assurance Co. of America and Assurance Co. of America with regard to the above-captioned matter.

        HECKER BROWN SHERRY AND JOHNSON LLP

        By: _____
           Carl H. Delacato, Jr., Esquire
           Attorney I.D. No. 32145
           Frederick E. Blakelock, Esquire
           Attorney I.D. No. 65938
           Attorneys for Defendants,
           Zurich American Insurance Co. t/a, Zurich North America as successor in Interest to Assurance Co. of America and Assurance Co. of America

Dated: July 26, 2002

94660-1