IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE ARTERS t/a GREENDALE BUILDERS : | CIVIL ACTION - LAW |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 02-CV-4388 |
| : | |
| ZURICH AMERICAN INSURANCE CO. t/a, : | |
| ZURICH NORTH AMERICA as successor in : | |
| Interest to ASSURANCE CO. OF AMERICA, et al. : | JURY OF TWELVE (12) |
| : | DEMANDED |
| : | |
| Defendants. : | |

**WITHDRAWAL OF APPEARANCE**

TO THE JUDGE:

Kindly withdraw my appearance as counsel on behalf of Plaintiff in the above-referenced case.

**VAUGHAN, DUFFY & CONNORS, LLP**

By: _____
Donald S. Litman, Esquire, I.D. #54767
Attorney for Plaintiff

**ENTRY OF APPEARANCE**

TO THE JUDGE:

Kindly enter my appearance as counsel on behalf of Plaintiff in the above-referenced case.

**VAUGHAN, DUFFY & CONNORS, LLP**

By: _____
Francis X. Nolan, Esquire, I.D. 09237
Attorney for Plaintiff

Date:   November 20, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE ARTERS t/a GREENDALE BUILDERS | CIVIL ACTION - LAW |
| Plaintiff, | |
| v. | No. 02-CV-4388 |
| ZURICH AMERICAN INSURANCE CO. t/a, ZURICH NORTH AMERICA as successor in Interest to ASSURANCE CO. OF AMERICA, et al. | JURY OF TWELVE (12) DEMANDED |
| Defendants. | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this day a true and correct copy of the foregoing Withdrawal and Entry of Appearance was served by first class mail, postage prepaid, addressed as follows:

Carl Delacato, Jr., Esquire
Hecker, Brown, Sherry & Johnson, LLP
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

**VAUGHAN, DUFFY & CONNORS, LLP**

By: _____
Francis X. Nolan, Esquire
Attorney for Plaintiff

Date: November 20, 2002