## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a true and correct copy of Defendant's Answers to Plaintiff's Request for Production of Documents to be served on counsel to plaintiff via Facsimile transmission, said Answer being sent without the voluminous exhibits. A true and correct copy of Defendant's Answers in its entirety with exhibits Bate stamped ACOA 001 through ACOA 140 is also being sent by United Parcel Service overnight delivery this 17th day of March, 2003 as follows:

> Francis X. Nolan, Esquire
> VAUGHAN DUFFY & CONNORS, LLP
> 102 Pickering Way, Suite 400
> Exton, PA  19341
> Facsimile #:  610/524-0600

Dated:  March 17, 2003                                                                         Carl H. Delacato, Jr.

110327-1