IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE ARTERS t/a GREENDALE BUILDERS<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE CO. t/a,<br>ZURICH NORTH AMERICA as successor in<br>Interest to ASSURANCE CO. OF AMERICA, et al.<br><br>Defendants. | CIVIL ACTION - LAW<br><br><br>No. 02-CV-4388<br><br><br>JURY OF TWELVE (12)<br>DEMANDED |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this day a true and correct copy of the foregoing Plaintiff's Reply Memorandum In Support Of Its Motion To Compel Production Of Documents Wrongfully Claimed By Defendant As Privileged was served by first class mail, postage prepaid, addressed as follows:

Carl Delacato, Jr., Esquire
Hecker, Brown, Sherry & Johnson, LLP
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

**VAUGHAN, DUFFY & CONNORS, LLP**

By: _____
Francis X. Nolan, Esquire
Attorney for Plaintiff

Date: June 24, 2003