IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LEE ARTERS | : | Date of Notice: July 7, 2003 |
| ta GREENDALE BUILDERS | : |  |
| vs. | : |  |
| ZURICH AMERICAN INSURANCE CO., T/A ZURICH NORTH AMERICA AS, ET AL. | : | CIVIL ACTION NO. 02-4388 |

TAKE NOTICE that the above-captioned matter is scheduled for __JURY TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on September 29, 2003, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,


Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam


COPIES BY MAIL ON   7/7/03   TO:  Francis X. Nolan, Esquire
                                  Andrea Kochan Neagle, Esquire
                                  Carl H. Delacato, Esquire
                                  Donald Saunders Litman, Esquire