IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE ARTERS t/a GREENDALE BUILDERS <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE CO. t/a, ZURICH NORTH AMERICA as successor in Interest to ASSURANCE CO. OF AMERICA, et al. <br><br> Defendants. | CIVIL ACTION - LAW <br><br><br> No. 02-CV-4388 <br><br> JURY OF TWELVE (12) DEMANDED |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this day a true and correct copy of the foregoing Plaintiff's Motion for Partial Summary Judgment Sur Declaratory Judgment Action and Memorandum in support thereof was served by first class mail, postage prepaid, addressed as follows:

Carl Delacato, Jr., Esquire
Hecker, Brown, Sherry & Johnson, LLP
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Philip A. Charamella, Esquire
Law Offices of Michael D. Fioretti
The Bourse Building
111 South Independence Mall East, Suite 790
Philadelphia, PA 19106-2323

**VAUGHAN, DUFFY & CONNORS, LLP**

By: _____
Francis X. Nolan, Esquire, I.D. No. 09237
Attorney for Plaintiff
102 Pickering Way, Suite 400
Exton, PA 19341
(610) 524-2100

Date: September 9, 2003