IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE ARTERS t/a GREENDALE BUILDERS : | CIVIL ACTION - LAW |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 02-CV-4388 |
| : | |
| ZURICH AMERICAN INSURANCE CO. t/a, : | |
| ZURICH NORTH AMERICA as successor in : | |
| Interest to ASSURANCE CO. OF AMERICA, et al. : | JURY OF TWELVE (12) |
| : | DEMANDED |
| : | |
| Defendants. : | |

# ORDER

AND NOW to wit this _____ day of _____, 2003, upon consideration of Plaintiff's Motion for Partial Summary Judgment Sur Declaratory Judgment and Defendant's response thereto, the said motion is **GRANTED** AND Defendant shall enter an appearance and defend the Defendants Lee Arters, Sara Arters, Greendale Builders, Inc. at 01-81441 in the case pending in Delaware County, Pennsylvania sub nom <u>Thomas Gorman v. Lee Arters, Sara Arters and Greendale Builders</u>.

It is further ordered that Defendant reimburse Mr. and Mrs. Arters and Greendale for counsel fees incurred by them in the prosecution of this motion.

_____
Fullam, J.