```
              IN THE UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| LEE ARTERS<br>ta GREENDALE BUILDERS<br>     vs.<br><br>ZURICH AMERICAN INSURANCE<br>CO., T/A, ZURICH NORTH AMERICA<br>AS SUCCESSOR IN INTEREST TO<br>ASSURANCE CO. OF AMERICA,<br>ET AL. | Date of Notice:<br>: October 15, 2003<br><br>:<br><br>: CIVIL ACTION NO. 02-4388 |

TAKE NOTICE that the above-captioned matter is scheduled for __TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on December 1, 2003, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

                                        Very truly yours,


                                        Rosalind Burton-Hoop
                                        Deputy Clerk to Judge Fullam


COPIES BY MAIL ON __10/15/03__   TO:  Francis X. Nolan, Esquire
                                      Andrea Kochan Neagle, Esquire
                                      Carl H. Delacato, Esquire
                                      Donald Saunders Litman, Esquire