IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEE ARTERS | : | CIVIL ACTION NO: 02-4388 |
| t/a GREENDALE BUILDERS | : | |
| | : | |
| vs. | : | |
| | : | |
| ZURICH AMERICAN INSURANCE | : | |
| CO., t/a, ZURICH NORTH AMERICA | : | |
| AS SUCCESSOR IN INTEREST TO | : | |
| ASSURANCE CO. OF AMERICA, | : | |
| ET AL. | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA:

    Please enter my appearance as co-counsel for Plaintiffs, Lee Arters, Sara Arters, and Greendale Builders regarding the above captioned case.

_____
Frank J. Marcone, Esquire
Attorney I.D. #08967
127 Chester Pike
Ridley Park, PA 19078
610-595-1441
610-595-1448 (fax)
frankmarcone@comcast.net (e-mail)