IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE ARTERS t/a GREENDALE BUILDERS | CIVIL ACTION - LAW |
| Plaintiff, | |
| v. | No. 02-CV-4388 |
| ZURICH AMERICAN INSURANCE CO. t/a, ZURICH NORTH AMERICA as successor in Interest to ASSURANCE CO. OF AMERICA, et al. | JURY OF TWELVE (12) DEMANDED |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the foregoing Plaintiff's Reply Brief to Defendant's Brief in Opposition was served by first class mail, postage prepaid, addressed as follows:

Carl H. Delacato, Jr., Esquire
Hecker, Brown, Sherry & Johnson, LLP
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2769

Frank Marcone, Esquire
127 Chester Pike
Ridley Park, PA  19078

Philip A. Charamella, Esquire
Law Offices of Michael D. Fioretti
The Bourse Building
111 South Independence Mall East, Suite 790
Philadelphia, PA  19106-2323

**VAUGHAN, DUFFY & CONNORS, LLP**

By: _____
Francis X. Nolan, Esquire, I.D. No. 09237
Attorney for Plaintiff
102 Pickering Way, Suite 400
Exton, PA  19341
(610) 524-2100

Date:  November 4, 2003