IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEE ARTERS t/a GREENDALE BUILDERS | : | CIVIL ACTION |
| v. | : | |
| ZURICH AMERICAN INSURANCE CO., t/a ZURICH NORTH AMERICA as successor in interest to ASSURANCE CO. OF AMERICA, ET AL. | : | NO. 02-4388 |

O R D E R

AND NOW, this 20th day of November, 2003, in accordance with the Memorandum and Order of the court filed on this date,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of DEFENDANTS ZURICH AMERICAN INSURANCE CO., t/a ZURICH NORTH AMERICA as successor in interest to ASSURANCE CO. OF AMERICA, ET AL. and against PLAINTIFF LEE ARTERS t/a GREENDALE BUILDERS.

BY THE COURT:

ATTEST:
Rosalind Burton-Hoop
Deputy Clerk

COPIES BY MAIL ON  11/20/03   TO:   Francis X. Nolan, Esq.
                                     Donald Saunders Litman, Esq.
                                     Andrea Kochan Neagle, Esq.
                                     Carl H. Delacato, Esq.
                                     Frank J. Marcone, Esq.

Civ 1 (8/80)