IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE ARTERS t/a GREENDALE BUILDERS : | CIVIL ACTION - LAW |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 02-CV-4388 |
| : | |
| ZURICH AMERICAN INSURANCE CO. t/a, : | |
| ZURICH NORTH AMERICA as successor in : | |
| Interest to ASSURANCE CO. OF AMERICA, et al. : | |
| : | |
| Defendants. : | |

**NOTICE OF APPEAL**

Notice is hereby given that Lee Arters t/a Greendale Builders (plaintiff) in the above named case, hereby appeals to the United States Court of Appeals for Third Circuit from the final judgment granting summary judgment in favor of all Defendants, entered in this action on November 20, 2003. A copy of the Order being appealed from is attached hereto as Exhibit "A".

**VAUGHAN, DUFFY & CONNORS, LLP**

By: _____
Francis X. Nolan, Esquire
Attorney I.D. No. 09237
Attorney for Plaintiff
102 Pickering Way, Suite 400
Exton, PA  19341
(610) 524-2100

Date:  December 18, 2003