IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE ARTERS t/a GREENDALE BUILDERS : | CIVIL ACTION - LAW |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 02-CV-4388 |
| : | |
| ZURICH AMERICAN INSURANCE CO. t/a, : | |
| ZURICH NORTH AMERICA as successor in : | |
| Interest to ASSURANCE CO. OF AMERICA, et al. : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the foregoing Notice of Appeal was served by first class mail, postage prepaid, addressed as follows upon the following:

Honorable John P. Fullam
Room 15614
United States District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106

Carl Delacato, Jr., Esquire
Hecker, Brown, Sherry & Johnson, LLP
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Philip A. Charamella, Esquire
Law Offices of Michael D. Fioretti
The Bourse Building
111 South Independence Mall East, Suite 790
Philadelphia, PA 19106-2323

                                      **VAUGHAN, DUFFY & CONNORS, LLP**

By: _____
     Francis X. Nolan, Esquire
     Attorney I.D. No. 09237
     Attorney for Plaintiff
     102 Pickering Way, Suite 400
     Exton, PA  19341
Date:  December 18, 2003     (610) 524-2100