## **CERTIFICATE OF SERVICE**

I, CARL H. DELACATO, JR., ESQUIRE, hereby certify that on the 22nd day of December, 2003, a true and correct copy of the foregoing Answer to Plaintiff's Motion for Reconsideration was served via first-class United States mail upon the following:

Francis X. Nolan, Esquire
VAUGHAN DUFFY & CONNORS, LLP
102 Pickering Way, Suite 400
Exton, PA  19341

Frank J. Marcone, Esquire
ATTORNEY AT LAW
127 Chester Pike
Ridley Park, PA  19078

Phillip A. Charamella, Esquire
LAW OFFICES OF MICHAEL D. FIORETTI
The Bourse Building
111 South Independence Mall East
Suite 790
Philadelphia, PA  19106-2323

_____
CARL H. DELACATO, JR.