## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEE ARTERS T/A GREENDALE BUILDERS | : | CIVIL ACTION – LAW |
| Plaintiff, | : | |
| v. | : | NO. 02-CV-4388 |
| | : | |
| ZURICH AMERICAN INSURANCE CO. t/a, | : | |
| ZURICH NORTH AMERICA as successor in | : | |
| Interest to ASSURANCE CO. OF AMERICA | : | JURY OF TWELVE (12) |
| | : | DEMANDED |
| and | : | |
| | : | |
| ASSURANCE CO. OF AMERICA | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ___ day of _____, 200_, upon consideration of Plaintiff's Motion for Reconsideration of an Order and Memorandum Entered on November 20, 2003, and Defendants' opposition thereto, it is hereby ORDERED that said Motion is Denied.

_____
Hon. John P. Fullam, Sr. J.

129578-1